UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 0 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JURY NOTE

| | | |
|---|---|---|
| Buzzballz, LLC., | ) | CASE NO.: ED CV 14-1725-WDK (DTBx) |
| Plaintiff. | ) | |
| vs. | ) | NOTE # _1_   FROM THE JURY |
| Buzzbox Beverages, Inc., et al., | ) | |
| Defendants, | ) | |

__✓__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_____
_____
_____
_____
_____
_____

Dated: 6/10/16

**REDACTED**
JURY NOTE AS TO FOREPERSON SIGNATURE