JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BUZZBALLZ, L.L.C., a Texas Limited Liability Company, | Case No.: 5:14-cv-01725 <br> Assigned to Hon. William D. Keller |
| Plaintiff/Counterclaim Defendant, | |
| vs. | JUDGMENT ON THE VERDICT |
| BUZZBOX BEVERAGES, INC., a Nevada Corporation; and BENDISTILLERY, INC., an Oregon Corporation, d/b/a BUZZBOX, d/b/a BUZZBOX COCKTAILS, and d/b/a BUZZBOX BEVERAGES, | |
| Defendants/Counterclaim Plaintiffs. | Trial Date: June 7-10, 2016 <br> Courtroom: 9 |

A trial before a jury was held on June 7, 2016 through June 10, 2016 in the above-captioned matter. Plaintiff BUZZBALLZ, L.L.C. ("BUZZBALLZ") and Defendants BUZZBOX BEVERAGES, INC. ("BUZZBOX") and BENDISTILLERY, INC. ("BENDISTILLERY") were each represented by counsel. On June 10, 2016, the

jury returned a verdict, finding (1) that BUZZBOX's use of its word mark for the term "BuzzBox" (U.S. Reg. 4,618,174) (the "BuzzBox Word Mark") has not caused a likelihood of confusion with BuzzBallz' marks for the term "BuzzBallz" (U.S. Reg. 3,865,524 & 4,498,235) (the "BuzzBallz Marks"); (2) that BUZZBOX's use of its graphic mark for the term "BuzzBox" (U.S. Reg. 4,646,160) (the "BuzzBox Graphic Mark") has caused a likelihood of confusion with the BuzzBallz Marks; and (3) that BENDISTILLERY had not used either the BuzzBox Graphic Mark or the BuzzBox Word Mark in a way that has caused a likelihood of confusion with the BuzzBallz Marks. The jury awarded no actual damages to BUZZBALLZ.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff BUZZBALLZ, INC. recover nothing from Defendants BUZZBOX BEVERAGES, INC. and BENDISTILLERY, INC.

**IT IS SO ORDERED**

Dated: June 27, 2016

_____
HON. WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

Approved as to form and content.

   */s/*John T. Wilson
Attorney for Plaintiff


   */s/*Shaun M. Murphy
Attorney for Defendants

**JUDGMENT ON THE VERDICT** **PAGE 2**